**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        )<br>            Plaintiff,            )<br>                                  )<br>vs.                               )<br>                                  )<br>                                  )<br>Ray Thomas,                       )<br>            Defendant.            )<br>_____) | CR10-08126-001-PCT-MEA<br><br>**ORDER** |

The defendant appeared in court with counsel. The defendant's probable cause hearing was submitted and detention hearing was held by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of his supervised probation as set forth in the allegations of the petition.

IT IS ORDERED that the defendant shall be released from custody.

IT IS FURTHER ORDERED that the defendant is released on previously ordered probation conditions with the following additions;

1. Defendant shall have no direct or indirect contact with Debra Jones except to participate in joint counseling.

2. Defendant shall have no direct or indirect contact with his step-children.

3. A third party shall transfer defendant's natural children to defendant to facilitate visitation with the defendant.

DATED this 30th day of September, 2010.

_____
Mark E. Aspey
United States Magistrate Judge