**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,
        Plaintiff,

vs.

Ray Thomas,
        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

CR10-08126-001-PCT-MEA

**ORDER**

    The defendant appeared in court and admitted to violating the conditions of probation as alleged paragraph B of the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

    IT IS ORDERED reinstating the defendant on probation subject to the previously ordered conditions and special conditions.

    IT IS FURTHER ORDERED that the defendant's supervised probation is extended for two (2)  years to terminate on February 16, 2013.

    IT IS FURTHER ORDERED that allegation A is DISMISSED upon oral motion of the United States.

    DATED this 16th day of February, 2011.

_____
Mark E. Aspey
United States Magistrate Judge